*Attachment A - <u>Bivens</u> Complaint form*



FILED

SEP 1 3 2021

RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA

GARCIA FELIZ MALDONADO                          #85482-054

_(Enter above the full name of the plaintiff_
_or plaintiffs in this action)_                 _(Inmate Reg. # of each Plaintiff)_

v.                                              CIVIL ACTION NO. 5:21-CV-00514
                                                _(Number to be assigned by Court)_

MICHAEL D. CARVAJAL

J.C. PETRUCC                                    DEMAND JURY TRIAL

D.L. YOUNG

BALL
_(Enter above the full name of the defendant_
_or defendants in this action)_

                      Defendant(s).

## COMPLAINT

### I.   Parties

A.   Name of Plaintiff:   GARCIA FELIZ MALDONADO

     Inmate No.:   #85482-054

     Address:   F.C.I. BECKLEY, P.O. BOX 350, BEAVER
                WV 25813

B.   Additional Plaintiff(s) (provide the same information for each plaintiff as listed in Item A above).

Name of Plaintiff: _____

Inmate No.: _____

Address: _____

_____

Name of Plaintiff: _____

Inmate No.: _____

Address: _____

_____

C.   Name of Defendant: _____

Position: _____

Place of Employment: _____

_____

D.   Additional Defendant(s) (provide the same information for each defendant as listed in Item C above):

Name of Defendant: MICHEAL D. CARVAJAL

Position: DIRECTOR OF BUREAU OF PRISON

Place of Employment: 320 FIRST STREET, NW

WASHINGTON DC 20534

Name of Defendant: J.C. PETRUCC

Position: REGIONAL DIRECTOR

Place of Employment: MID ATLANTIC REGIONAL OFFICE, 302

SENTINEL DRIVE SUITE 209 ANNAPOLIS,
MARYLAND 20701

✱ SEE ADDITIONAL DEFENDANTS NAMES
ON ATTACH WRITING PAPER.

2

ADDITIONAL DEFENDANTS

NAME OF DEFENDANT: D.L. YOUNG
   POSITION: WARDEN OF F.C.I. BECKLEY
   PLACE OF EMPLOYMENT: F.C.I. BECKLEY, P.O. BOX 350
                    BEAVER, WV. 25813


NAME OF DEFENDANT: BALL
   POSITION: CASE MANAGER
   PLACE OF EMPLOYMENT: F.C.I. BECKLEY, P.O. BOX 350
                    BEAVER WV. 25813

**II.     Place of Present Confinement**

Name of Prison/Institution: _FCI BECKLEY_____

A.     Is this where the events concerning your complaint took place?

Yes _✓_          No _____

If you answered "no," where did the events occur? _N/A_____

_____

B.     Is there a prisoner grievance procedure in this institution?

Yes _✓_          No _____

C.     Did you present the facts relating to your complaint in the prisoner grievance procedure?     Yes _____          No _✓_

If you answered "no," explain why not: _THERE IS REPRISAL OF THREAT, INTIMIDATION AND UNNECESSARY USE OF FORCE FOR ATTEMPTING TO FILED ADMINISTRATIVE REMEDY ABOUT THE PRISON POOR CONDITIONS AND TRANSFER TO A LOW SECURITY PRISON WHICH DEPENDANT BALL USED UNNECESSARY USE OF FORCE ON ME FOR ATTEMPTING TO USE THE PRISON GRIEVANCE_

If you answered "yes," what was the result at level one, level two and level three (attach grievances and responses): _____

_____

**III.     Previous Lawsuits**

A.     Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise related to your imprisonments?

Yes _____          No _✓_

B.     If your answer to A is "yes," describe the lawsuit in the space below. If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.

1.     Parties to the previous lawsuit:

Plaintiff(s): _____N/A_____

Defendant(s): _____

3

2.    Court (if federal court, name the district; if state court, name the county);

_____ N/A _____

3.    Docket Number: _____

4.    Name of judge to whom case was assigned: _____

5.    Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?)

_____ N/A _____

6.    Approximate date of filing lawsuit: _____

7.    Approximate date of disposition: _____

## IV.    Statement of Claim

State here, as briefly as possible, the facts of your case. Describe what each defendant did to violate your constitutional rights. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets of paper if necessary.)

"SEE ATTACHED PAGES"

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

4

STATEMENT OF CLAIM

1. IN MARCH OF 2021 DEFENDANT MICHAEL D. CARVAJAL DIRECTOR OF BUREAU OF PRISON HAD PLAINTIFF GARCIA FELIZ MALDONADO TRANSFER FROM MOSHANNON VALLEY CORRECTIONAL FACILITY A LOW SECURITY PRISON LOCATED IN PENNSYLVANIA TO FCI BECKLEY A HIGH RESTRICTED SECURITY PRISON. PLAINTIFF MALDONADO WROTE DEFENDANTS MICHAEL D. CARVAJAL, J.C. PETRUCC, D.L. YOUNG AND TALK TO CASE MANGER BALL (DEFENDANT) CONCERNING A TRANSFER BACK TO A LOW PRISON WITH 5 SECURITY POINTS. BECKLEY FCI HOUSED INMATES WITH 15 UP TO 27 SECURITY POINTS BASED UPON THEIR HISTORY OF VIOLENCE OR THEIR VIOLENT OFFENSES THAT HE FACED A SUBSTANTIAL RISK OF SERIOUS HARM BECAUSE HIS SECURITY POINTS "(5)" REQUIRE THAT HE BE IN A LOW PRISON FACILITY WITH LESS DANGEROUS PRISONERS WITH 5 SECURITY POINTS, DEFENDANT CARVAJAL, PETRUCC, YOUNG, AND BALL IGNORE TO RESPOND TO ANY OF PLAINTIFF MALDONADO LETTERS AND INMATE REQUESTS THE DEFENDANTS ACTED WITH DELIBERATE INDIFFERENCE WHEN THEY KNOW THAT PLAINTIFF MALDONADO FACE A SUBSTANTIAL RISK OF SERIOUS HARM AND DISREGARD THAT RISK BY FAILING TO TAKE REASONABLE MEASURES TO ABATE IT.

-2-

2. SINCE MARCH 2021 PLAINTIFF WROTE DEFENDANTS CARVAJAL, PETRUCC AND YOUNG ABOUT HIS TRANSFER TO A LOW SECURITY BECAUSE HE HAS 5 SECURITY POINTS AND HE COMMITTED NO INSTITUTIONAL VIOLATION WHILE HOUSED AT MOSHANNON VALLEY CORRECTIONAL FACILITY PLAINTIFF ALSO ADDRESS HIS FEAR OF REPRISAL FOR USING THE ADMINISTRATIVE REMEDY PROCESS THAT LEADS TO THREATS, INTIMIDATION AND UNNECESSARY USE OF FORCE THE DEFENDANTS FAIL TO TAKE REASONABLE MEASURES TO ABATE IT BY IGNORING PLAINTIFF'S LETTERS WHICH ON AUGUST 17, 2021 DEFENDANT BALL USED UNNECESSARY USE OF FORCE ON PLAINTIFF MALDONADO DURING A OFFICE VISIT BECAUSE PLAINTIFF ATTEMPT TO FILED A ADMINISTRATIVE REMEDY AGAINST DEFENDANT BALL ABOUT HIS TRANSFER TO A LOW DEFENDANT BALL THROW PLAINTIFF TO THE WALL AND BEGAN TO CHOKE PLAINTIFF WHILE PLAINTIFF STRUGGLE TO GASPED TO BREATH AIR AND DEFENDANT BALL SLAM PLAINTIFF HEAD TO THE WALL CAUSING EXTREME PAIN A VIOLATION OF PLAINTIFF EIGHTH AMENDMENT TO BE FREE FROM EXCESSIVE FORCE.

3. SINCE MARCH 2021 PLAINTIFF MALDONADO WROTE SEVERAL LETTERS TO DEFENDANTS CARVAJAL, PETRUCC AND YOUNG TO RECEIVED WELL BALANCED DAILY MEALS CONTAINING SUFFICIENT NUTRITIONAL VALUE TO PRESEVED PLAINTIFF MALDONADO

- 3 -

HEALTH. THE FOOD FROM THE KITCHEN DAILY IS SPOILED, NUTRITIONALLY DEFICIENT THAT EFFECTING PLAINTIFF HEALTH CONDITIONS THAT PLACE A SUBSTAINTAL RISK OF SERIOUS HARM.

## V.    Relief

State briefly and exactly what you want the Court to do for you. Make no legal arguments.
Cite no cases or statutes.

A.) PLAINTIFF SEEKS COMPENSATORY DAMAGES IN THE AMOUNT OF

$ 5,000,000 AGAINST EACH DEFENDANTS.

B.) PLAINTIFF SEEKS PUNITIVE DAMAGES IN THE AMOUNT OF $2,000,000

AGAINST EACH DEFENDANTS.

C.) PLAINTIFF SEEKS MENTAL EMOTIONAL DAMAGES IN THE AMOUNT OF

$1,000,000 AGAINST EACH DEFENDANT.

D.) PLAINTIFF SEEK AN INJUNCTION AGAINST EACH DEFENDANT.

Signed this ___9___ day of __SEPTEMBER__ , 20 _21_ .

_____
Signature of Plaintiff or Plaintiffs

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___9-9-21___ .
              (Date)

_____
Signature of Plaintiff

5

